Compiler of law

FILED
SUPERIOR COURT
OF GUAM

2013 AUG 16 PM 4: 58

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| BARRY HONDA,<br><br>                        Plaintiff,<br><br>v.<br><br>LAWRENCE S. YOSHIDA,<br><br>                        Defendant. | CIVIL CASE NO. CV1895-09<br><br>**DECISION AND ORDER** |

This matter came before the Honorable Arthur R. Barcinas on the 16th day of August, 2013, for hearing on the Plaintiff's Motion for Reconsideration. Attorney Georgette Bello Concepcion represented the Plaintiff with Attorney Jacqueline Taitano Terlaje on the brief, and Attorney Thomas Tarpley represented the Defendant. On submission on the briefs by the parties, the Court, for the reasons set forth below, denies the Plaintiff's Motion for Reconsideration.

The Plaintiff requests reconsideration of the Court's grant of summary judgment in favor of the Defendant. The Plaintiff's principal contention is that the court found a novation "*sua sponte*" and that he had no opportunity to argue the question of whether there was a novation. However, the Court's mere use of a more accurate legal term to characterize the circumstances underlying the transaction is not enough to justify reconsideration. The Plaintiff had ample

opportunity on summary judgment to make substantive factual and legal arguments about the nature and character of the transaction, including the arguments he articulates in the Motion for Reconsideration. The Plaintiff has not established any of the grounds on which reconsideration is permitted by Rule 60 of the Guam Rules of Civil Procedure.

Accordingly, the Plaintiff's Motion for Reconsideration is DENIED.

AUG 1 6 2013

**IT IS SO ORDERED** this _____ day of August, 2013.

Original Signed By:
HON. ARTHUR R. BARCINAS

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

AUG 1 6 2013

Cynthia T. Tiong
Deputy Clerk Superior Court of Guam